# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANEE JENKINS, | ) | CASE NO. 1:17-CV-1542 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| IN LIVING SUPPORT, LLC, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

Now come Plaintiff and Defendants, by and through undersigned Counsel, and hereby stipulate to dismissal of this matter *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| *s/ Kevin M. McDermott II* | *s/ John T. McLandrich (via email consent)* |
| Joseph F. Scott (0029780) | John T. McLandrich (0021494) |
| Ryan A. Winters (0086917) | 100 Franklin's Row |
| Kevin M. McDermott II (0090455) | 34305 Solon Road |
| Scott & Winters Law Firm, LLC | Cleveland, OH 44139 |
| The Caxton Building | (440) 248-7906 |
| 812 E. Huron Rd., Suite 490 | (440) 248-8861 – Fax |
| Cleveland, OH 44115 | Email: jmclandrich@mrrlaw.com |
| jscott@ohiowagewlawyers.com | |
| rwinters@ohiowagelawyers.com | *Attorney for Defendants* |
| kmcdermott@ohiowagelawyers.com | |
| | |
| *Attorneys for Plaintiff* | **IT IS SO ORDERED.** |
| | /s/ Solomon Oliver, Jr. |
| | United States District Judge |
| | 3/29/2018 |